

# CONRAD J. BENEDETTO
1615 W. Oregon Avenue
Philadelphia, PA 19145
Telephone: (215) 266-0172

July 14, 2023

Case: 2:23-mc-51225
Judge: Cox, Sean F.
Filed: 08-04-2023 At 09:11 AM
In re Bendetto

***VIA REGULAR MAIL***
United States District Court for the Eastern District of Michigan
*Clerk's Office*
Federal Building and U.S. Courthouse
600 Church Street, Room 140
Flint, MI 48502

     **RE:**    ***CONRAD BENEDETTO; ATTORNEY NUMBER: 34-666***

Dear Clerk of the Court:

    I am writing to formally notify you that my license to practice in the State of PA has been temporarily suspended by the Supreme Court of Pennsylvania, which Order was effective June 22, 2023 (*please see attached Order*).

    I apologize for any inconvenience this change in my status may cause.

    Thank you for your patience and understanding during this time of personal travail. If you have any questions, please feel free to contact me.

                             Sincerely,

                            *Conrad J. Benedetto* /s/
                          **CONRAD J. BENEDETTO**

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

IN RE:  :
Conrad Benedetto  :   NO.   2987 DISCIPLINARY
 :         DOCKET NO. 3
 :
 :   No.   76 DB 2023
I.D. NO: 34666  :

### ORDER

AND NOW, this 1st day of June 2023, the Supreme Court having notified this Court that as of May 22, 2023, Conrad Benedetto has been placed on temporary suspension from the Bar of this Commonwealth, effective June 21, 2023, as set forth by Pa. R.D.E. 217(D)(1),[1]

**IT IS HEREBY ORDERED and DECREED** that the said formerly admitted attorney shall be removed as attorney for any party for whom their appearance is entered. In the event the said formerly admitted attorney is reinstated, a new entry of appearance shall be filed in every case in which they will be the attorney of record.

**IT IS FURTHER ORDERED and DECREED** that the said formerly admitted attorney is removed from the Arbitration list and other court appointment lists.

**IT IS FURTHER ORDERED and DECREED** that any civil cases in which the said formerly admitted attorney represented a party shall be deferred for a period of sixty (60) days to permit the said party to retain new counsel. Thereafter, the case shall proceed as heretofore. All further notices sent pursuant to Pa. R.C.P. No. 236 shall be

---

[1] Orders imposing suspension, disbarment, administrative suspension or transfer to inactive status shall be effective 30 days after entry. The formerly admitted attorney, after entry of the disbarment, suspension, administrative suspension or transfer to inactive status order, shall not accept any new retainer or engage as attorney for another in any new case or legal matter of any nature. However, during the period from the entry date of the order and its effective date the formerly admitted attorney may wind up and complete, on behalf of any client, all matters which were pending on the entry date. Pa. R.D.E. 217(d).

forwarded to the party's last address of record until such time as a new attorney enters an appearance on behalf of that party.

**IT IS FURTHER ORDERED and DECREED** that the appropriate criminal listings office shall forthwith appoint new counsel if the formerly admitted attorney was Court appointed to represent any defendant, and new counsel shall immediately undertake representation of the defendant. In the event the criminal defendant had privately retained the formerly admitted attorney, the said defendant shall obtain substitute counsel prior to any scheduled hearing.

**IT IS FURTHER ORDERED and DECREED** that unless otherwise ordered by the Court, all Family Court cases shall proceed as scheduled and the Clerk of Family Court shall notify the clients of the formerly admitted attorney that they are directed to secure new counsel prior to any scheduled listing so as to cause no delay in the trial of the case.

**IT IS FURTHER ORDERED and DECREED** that the formerly admitted attorney shall serve a copy of this Order on all clients and shall file an Affidavit of Service pursuant to Pa. R.D.E. No. 217 (together with a copy of this Order) in connection with each case in which they are an attorney of record and they shall set forth in the Affidavit of Service the client's current address.

BY THE COURT:

_____
IDEE C. FOX
PRESIDENT JUDGE

Conrad J. Benedetto
1615 W. OREGON AVENUE
PHILADELPHIA, PA 19145





U.S. DISTRICT COURT
FLINT, MICHIGAN

RECEIVED
AUG 0 1 2023

*VIA REGULAR MAIL*
United States District Court for the Eastern District
of Michigan
*Clerk's Office*
Federal Building and U.S. Courthouse
600 Church Street, Room 140
Flint, MI 48502

48502-121440